No. D–1383. IN RE DISBARMENT OF BUDMAN. It is ordered that Ronald Harvey Budman, of San Antonio, Tex., be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.